# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR GOMEZ,<br><br>               Petitioner,<br><br>    v.<br><br>FREDERICK FOULK,<br><br>               Respondent. | Case No. SACV 14-0610-MWF (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 20, 2016

                                                  MICHAEL W. FITZGERALD<br>
                                                  UNITED STATES DISTRICT JUDGE